IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01121-WYD-MJW

CRYSTAL R. VIGIL,

    Plaintiff,

v.

I-FLOW CORPORATION,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' Stipulation of Dismissal filed September 19, 2011.  The Court, having reviewed the same and being in all things duly advised, hereby

ORDERS that this matter is **DISMISSED WITH PREJUDICE**, each party to bear her or its own fees and costs.

Dated:  September 19, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE